FILED

2015 MAY 19  PM 1:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 15 **CR15-0266** |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute Oxycodone] |
| JOHN CHARLES BRYDEN, | |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing to at least April 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHARLES BRYDEN ("BRYDEN"), co-conspirators Tracey Townsend ("Townsend") and Daniel Cham ("Cham"), and others known and unknown to the United States Attorney, conspired and agreed with each other to knowingly and intentionally distribute oxycodone, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

B.  MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Co-conspirator Townsend, sometimes joined by defendant BRYDEN, would meet with co-conspirator Cham at locations in Los Angeles County to receive prescriptions for controlled substances, including oxycodone ("Cham prescriptions").

2. Co-conspirator Cham, intentionally acting without a legitimate medical purpose and outside the usual course of professional practice, would issue the Cham prescriptions in the names of defendant BRYDEN, co-conspirator Townsend, false aliases used by co-conspirator Townsend, and other co-conspirators who never personally met with co-conspirator Cham.

3. Co-conspirator Cham would provide the Cham prescriptions to defendant BRYDEN and co-conspirator Townsend in exchange for $300 cash each.

4. Defendant BRYDEN, co-conspirator Townsend, and other co-conspirators would obtain controlled drugs, including oxycodone, by filling the Cham prescriptions at pharmacies in California and Oregon.

5. Defendant BRYDEN, co-conspirator Townsend, and other co-conspirators would sell the oxycodone obtained from filling the Cham prescriptions to customers in California and Oregon.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendant BRYDEN committed various overt acts within the Central District of

California, and elsewhere, including but not limited to the following:

1. On August 28, 2010, at a CVS Pharmacy located in Glendale, California, defendant BRYDEN filled a Cham prescription for 90 pills of oxycodone.

2. On January 9, 2012, at a Target Pharmacy located in Medford, Oregon, defendant BRYDEN filled a Cham prescription for 180 pills of oxycodone.

3. On February 3, 2012, at a Bi-Mart Pharmacy located in Ashland, Oregon, defendant BRYDEN filled a Cham prescription for 180 pills of oxycodone.

4. On March 2, 2012, at a Costco Pharmacy located in Medford, Oregon, defendant BRYDEN filled a Cham prescription for 180 pills of oxycodone.

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
 Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
 Enforcement Task Force Section

# CERTIFICATE OF SERVICE

I, _____ **REGINA AUTREY** _____, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **PLEA AGREEMENT FOR DEFENDANT JOHN CHARLES BRYDEN [UNDER SEAL]**

☐ Placed in a closed envelope for collection and inter-office delivery addressed as follows:   ☒ Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

☐ By hand delivery addressed as follows:   ☐ By facsimile as follows:

☐ By messenger as follows:   ☐ By Federal Express as follows:

☐ By e-mail as follows:

> Paul Horgan, Esq.
> 800 Wilshire Boulevard
> Suite 1510
> Los Angeles, California 90017

This Certificate is executed on **May 19, 2015**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
REGINA AUTREY
Legal Assistant