FILED

2015 MAY 19 PM 1:15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JOHN BRYDEN, DEFENDANT(S) | CASE NUMBER CR No. **CR 15 - 0266** <br><br> NOTICE TO COURT OF RELATED CRIMINAL CASE <br><br> (PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Daniel Cham, et al.</u>, Case No. CR 14-591-DDP, which:

    __x__     was previously assigned to the Honorable Dean D. Pregerson;

    _____     has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __x__     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____     the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: May 18, 2015

BENJAMIN R. BARRON
Assistant United States Attorney