UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00266     Recorder: Debi Read     Date: 06/11/2015

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christiana Howard     Assistant U.S. Attorney: Poonam Kumar

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JOHN CHARLES BRYDEN<br>BOND-PRESENT | PAUL C. HORGAN<br>PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Percy Anderson.
    Plea and Setting of all further proceedings 6/15/2015 at 11:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney