UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-266 PA | | Date | June 15, 2015 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Debbie Gale | Benjamin R. Barron |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Charles Bryden | X | | X | Paul Horgan | X | | X |

**Proceedings:** PLEA AND TRIAL SETTING CONFERENCE

    Defendant is named in a Single-Count Information.  The defendant is arraigned and pleads not guilty to the Information.  The Court orders a trial date, final status conference date, and briefing schedule.  See Criminal Trial Order.  The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order.  The Final Status Conference is scheduled for **July 27, 2015, at 3:00 p.m.**  Jury trial is set for Tuesday, **August 4, 2015, at 8:30 a.m.**  A status conference/change of plea hearing is set for **July 6, 2015 at 11:00 a.m.**

    IT IS SO ORDERED.

|  | : | 05 |
|---|---|---|
| | Initials of Deputy Clerk | SMO |

**cc:** USMO, USPO, PSA