ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | LACR15-266-PA |
| John Bryden<br>DEFENDANT(S). | ORDER RE TRANSFER PURSUANT TO<br>GENERAL ORDER 14-03 (Related Criminal Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

6/18/2015
Date

[signature]
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____                    _____
Date                                    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  LACR14-591-DDP  and the present case:

[X] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

## Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials __DDP__ after the case number in place of the initials of the prior judge, so that the case number will read __CR15-00266 DDP__. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc:  [ ] PSALA  [ ] PSAED  [ ] USMLA  [ ] USMSA  [ ] USMED  [X] Previous Judge  [ ] Statistics Clerk

CR-59 (06/14)           ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Case)