UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 15-00266 DDP                                                         Dated: July 1, 2015

========================================================================
PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Benjamin R. Barron |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

========================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   JOHN CHARLES BRYDEN                1)   Paul C. Horgan
     Not Present                             Not Present

_____

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** a HEARING RE: CHANGE OF PLEA is hereby set for July 2, 2015 at 1:45 p.m.

In addition, the STATUS CONFERENCE set for July 6, 2015 and the FINAL STATUS CONFERENCE set for July 27, 2015 are vacated.


**cc:   P. O.**
       **P. S. A. L. A.**

                                                                    :   N/A
                                                   Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1