BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorney
312 North Spring Street - 14th Floor
Los Angeles, California 90012
Telephone No. (213) 894-3542

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 15-266-DDP |
| v. | |
| JOHN CHARLES BRYDEN, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

CRIMINAL DOCUMENT; [PROPOSED] ORDER; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF BENJAMIN R. BARRON AND [PROPOSED] ORDER SEALING DOCUMENT.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 15, 2015
Date

BENJAMIN R. BARRON
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     NOTICE OF MANUAL FILING OR LODGING