Paul Horgan
California State Bar No. 48028
800 Wilshire Boulevard, Suite 1510
Los Angeles, CA 90017
Telephone: (213) 622-2717
Facsimile: (213) 622-0445
Email: pchorgan@gmail.com

Attorney for Defendant
JOHN CHARLES BRYDEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JOHN CHARLES BRYDEN,<br><br>               Defendant. | CASE NO.: CR15-266-DDP<br><br>NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR DEFENDANT JOHN CHARLES BRYDEN |

TO: the Honorable Court and to plaintiff and its attorneys, United States Attorney Eileen Decker and Assistant United States Attorney Benjamin Barron:

Please take notice that the undersigned counsel for defendant John Bryden will relocate to the following office on January 4, 2016:

   20422 Beach Boulevard, Suite 320
   Huntington Beach, California 92648
   Telephone: (714) 916-4009
   Facsimile: (888) 764-5735

Dated: December 28, 2015

                              /s/ Paul Horgan
                              PAUL HORGAN
                              Attorney for Defendasnt
                              JOHN BRYDEN